UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIJAH SHELTON,<br><br>Defendant. | Case No. 2:23-cr-00025-ART-NJK<br><br>**ORDER RE: ECF NO. 36** |

Based on the Stipulation of counsel (ECF No. 36) and good cause appearing, IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on September 14, 2023 at the hour of 1:00 p.m., be vacated and continued to Friday, October 20, 2023, at 1:30 p.m. in a Las Vegas courtroom to be determined before U.S District Court Judge Anne R. Traum.

DATED this 11th day of September, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE