RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Elijah Shelton

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00025-ART-NJK |
| Plaintiff, | ORDER **TO CONTINUE PRELIMINARY HEARING** (Third Request) |
| v. | |
| ELIJAH SHELTON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin J. Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Elijah Shelton, that the Preliminary Hearing currently scheduled on October 18, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than forty five (45) days.

This Stipulation is entered into for the following reasons:

1.      The parties require additional time to negotiate a resolution.

2.      Defendant is incarcerated and does not object to a continuance.

3.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED this 17th day of October, 2023.

RENE L. VALLADARES
Federal Public Defender

JASON M. FRIERSON
United States Attorney

By */s/ Rick Mula*
RICK MULA
Assistant Federal Public Defender

By */s/ Justin J. Washburne*
JUSTIN J. WASHBURNE
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00025-ART-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| ELIJAH SHELTON, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on October 18, 2023 at the hour of 2:00 p.m., be vacated and continued to November 6, 2023, at 11:00 a.m., Courtroom 3A.

DATED this __18th__ day of October, 2023.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3