# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ELIJAH SHELTON,<br><br>        Defendant. | Case No. 2:23-cr-00025-ART-NJK<br><br>**ORDER** |

     Based on the Stipulation of counsel (ECF No. 44) and good cause appearing,

     IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on October 20, 2023 at the hour of 1:30 p.m., is vacated and continued to Friday, December 15, 2023, at 10:00 a.m. before U.S. District Judge Anne R. Traum in a Las Vegas Courtroom to be determined.

     IT IS FURTHER ORDERED that the Court retains the reserved day of Friday, October 20, 2023, at 1:30 p.m. to hold oral argument on the Defendant's Motion for District Judge Review of Magistrate Judge's Detention Order (ECF No. 34).

     DATED this <u>19th day of October, 2023</u>.

                                                          Anne R. Traum
                                                          United States District Court Judge