RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Elijah Shelton

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>      v.<br><br>ELIJAH SHELTON,<br><br>       Defendant. | Case No. 2:23-cr-00025-ART-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin J. Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Elijah Shelton, that the Preliminary Hearing currently scheduled on November 6, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      The Government has advised the defense that it is considering whether to indict Mr. Shelton on new charges. That decision will influence the parties' negotiations regarding a resolution of the petition alleging violation of supervised release conditions.

2.      The revocation hearing is currently set for December 15, 2023..

3.      Defendant is incarcerated and does not object to a continuance.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fourth request for continuance filed herein.

DATED this 3rd day of November, 2023.


RENE L. VALLADARES                    JASON M. FRIERSON
Federal Public Defender               United States Attorney


By */s/ Rick Mula*                    By */s/ Justin J. Washburne*
RICK MULA                             JUSTIN J. WASHBURNE
Assistant Federal Public Defender     Assistant United States Attorney

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

ELIJAH SHELTON,

                Defendant.

Case No. 2:23-cr-00025-ART-NJK

**ORDER**

      Based on the Stipulation of counsel and good cause appearing,

      IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on November 6, 2023 at the hour of 11:00 a.m., be vacated and continued to Thursday, December 14, 2023 at 4:00 p.m.

      DATED this __3rd__ day of November, 2023.

_____

UNITED STATES MAGISTRATE JUDGE

3