UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ELIJAH SHELTON<br><br>  Defendant. | Case No. 2:23-cr-00025-ART-NJK<br><br>**Order on Stipulation to Continue Revocation Hearing**  (ECF No. 52) |

Based on the stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled on December 15th, 2023 at the hour of 10:00 a.m., is vacated and continued to February 15, 2024, at 11:00 a.m. before U.S. District Judge Anne R. Traum.

DATED this <u>13th day of December, 2023.</u>

_____
Anne R. Traum
United States District Judge

3