**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>ELIJAH SHELTON,<br><br>                    Defendant. | Case No. 2:23-cr-00025-ART-NJK<br><br>**ORDER** |

    Based on the Stipulation of counsel (ECF No. 59) and good cause appearing, IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on February 15, 2024 at the hour of 11:30 a.m., be vacated and continued to Thursday, May 23, 2024, at 11:00 a.m. before U.S. District Court Judge Anne R. Traum in a Las Vegas courtroom to be determined.

    DATED this 14, day of February, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

3