# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELIJAH SHELTON,<br><br>    Defendant. | Case No. 2:23-cr-00025-ART-NJK<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on August 1, 2024 at the hour of 1:00 p.m., be vacated and continued to October 10, 2024, at 11:00 a.m. before U.S. District Judge Anne R. Traum in a Las Vegas courtroom to be determined.

DATED this 18th day of July, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE