# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00025-ART-NJK |
|---|---|
| Plaintiff, | **Order** |
| v. | [Docket No. 67] |
| ELIJAH SYLEE SHELTON, | |
| Defendant. | |

Pending before the Court is a motion for appointment of CJA counsel. Docket No. 67. The motion requests substitution of counsel as Defendant has two active cases, and requests that Christopher Oram be appointed as CJA counsel in both cases. On September 20, 2024, United States Magistrate Judge Brenda Weksler held a hearing, during which she removed the Federal Public Defender and appointed Christopher Oram as counsel. See Docket No. 75, 2:24-cr-00001-JCM-BNW.

Accordingly, the Court **GRANTS** Defendant's motion. Docket No. 67. The Court **ORDERS** the immediate appointment of Christopher Oram to represent Defendant in place of Rick Mula.

IT IS SO ORDERED.

DATED: September 25, 2024

_____
Nancy J. Koppe
United States Magistrate Judge