# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>ELIJAH SHELTON,<br><br>       Defendant. | CASE NO.: 2:23-cr-00025-ART-NJK-1<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO CONTINUE**<br>**REVOCATION HEARING**<br>(Sixth Request) |

COMES NOW, the Defendant, ELIJAH SHELTON, by and through his attorney, CHRISTOPHER R. ORAM ESQ.; and the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Jason M. Frierson, United States Attorney, and David Kiebler, Assistant United States Attorney; hereby stipulate and agree that the Revocation Hearing currently scheduled on October 10, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than one hundred and twenty (120) days.

The parties enter this stipulation for the following reasons:

1. Good cause exists to continue the Revocation Hearing in case No. 2:23-cr-00025-ART-NJK-1 from the date of October 10, 2024 (ECF 66 and ECF 69) to a date and time convenient to the Court, but no sooner than one hundred and twenty (120) days.

2. On September 20, 2024 current counsel for Mr. Shelton was appointed as counsel in another federal case for Mr. Shelton. (Case No. 2:24-cr-00001-JCM-BNW (ECF No. 75).

Additionally, on September 25, 2024, this Honorable Court granted a motion to appoint Mr. Oram as counsel (ECF 67), in this case.

3. Counsel for Mr. Elijah Shelton is still working on reviewing not only one case file, but two case files.

4. Thus, good cause exists to continue the Revocation Hearing currently scheduled on October 10, 2024, to be vacated, and continued to a date and time convenient to the Court, but no sooner than one hundred and twenty (120) days.

Respectfully submitted this 8th day of October, 2024.

Respectfully submitted:

The Law Office of Christopher R. Oram, Esq.
CHRISTOPHER R. ORAM, ESQ.
/s/ *Christopher R. Oram* .
*Attorney for Elijah Shelton*

JASON M. FRIERSON
*United States Attorney*

DAVID KIEBLER
*Assistant United States Attorney*

## ORDER

Based on the parties stipulation, and good cause showing, the Revocation Hearing scheduled for October 10, 2024, at 1:00 p.m. is vacated and continued to Thursday, February 13, 2025, at 1:00 p.m. before U.S. District Judge Anne R. Traum, in a Las Vegas courtroom to be determined.

DATED: October 10, 2024

Anne R. Traum
United States District Judge