**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ELIJAH SHELTON,<br><br>　　　　Defendant. | CASE NO.: 2:23-cr-00025-ART-NJK-1<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Seventh Request) |

　　　COMES NOW, the Defendant, ELIJAH SHELTON, by and through his attorney, CHRISTOPHER R. ORAM ESQ., of the Law Office of Christopher R. Oram, Esq; and the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Sue Fahami, United States Attorney, and David Kiebler, Assistant United States Attorney; hereby stipulate and agree that the Revocation Hearing currently scheduled on February 13, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than one hundred and twenty (120) days.

　　　The parties enter this stipulation for the following reasons:

　　　1. Good cause exists to continue the Revocation Hearing in case No. 2:23-cr-00025-ART-NJK-1 from the date of February 13, 2025, (ECF 66, 69 and 71) to June 13, 2025, or a date and time convenient to the Court, but no sooner than one hundred and twenty (120) days.

　　　2. On September 20, 2024 current counsel for Mr. Shelton was appointed as counsel in another federal case for Mr. Shelton. (Case No. 2:24-cr-00001-JCM-BNW - ECF No. 75).

　　　Additionally, on September 25, 2024, this Honorable Court granted a motion to appoint Mr. Oram as counsel (ECF 67), in this above case.

3. Counsel for Mr. Elijah Shelton has since reviewed the case, and is now in the process of reviewing it with Mr. Shelton.

4. Thus, good cause exists to continue the Revocation Hearing currently scheduled on February 13, 2025, to be vacated, and continued to a date and time convenient to the Court, but no sooner than one hundred and twenty (120) days.

Respectfully submitted this 10th day of February, 2025.

Respectfully submitted by both parties:

The Law Office of Christopher R. Oram, Esq.
CHRISTOPHER R. ORAM, ESQ.
/s/ *Christopher R. Oram* .
*Attorney for Elijah Shelton*

SUE FAHAMI
*United States Attorney*

DAVID KIEBLER
*Assistant United States Attorney*

## ORDER

Based on the parties stipulation, and good cause showing, the Revocation Hearing scheduled for February 13, 2025, at 1:00 p.m. is vacated and continued to Thursday, June 12, 2025, at 11:00 a.m. before U.S. District Judge Anne R. Traum in a Las Vegas Courtroom to be determined.

DATED: February 11, 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE