# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:23-cr-00025-ART-NJK-1 |
| Plaintiff, | |
| vs. | **ORDER TO CONTINUE** |
| ELIJAH SHELTON, | **REVOCATION HEARING** |
| Defendant. | (Eighth Request) |

COMES NOW, the Defendant, ELIJAH SHELTON, by and through his attorney, CHRISTOPHER R. ORAM ESQ., of the Law Office of Christopher R. Oram, Esq; and the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Sigal Chattah, United States Attorney, and James Gaeta, Assistant United States Attorney; hereby stipulate and agree that the Revocation Hearing currently scheduled on Thursday, June 13, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

The parties enter this stipulation for the following reasons:

1. Good cause exists to continue the Revocation Hearing in case No. 2:23-cr-00025 ART-NJK-1 from the date of Thursday, June 13, 2025, to August 12, 2025, or a date and time convenient to the Court, but no sooner than sixty (60) days.

2. On September 20, 2024 current counsel for Mr. Shelton was appointed as counsel in another federal case for Mr. Shelton. (Case No. 2:24-cr-00001-JCM-BNW - ECF No. 75).

1

1. Additionally, on September 25, 2024, this Honorable Court granted a motion to appoint Mr. Oram as counsel (ECF 67), in this above case.

3. Counsel for Mr. Elijah Shelton has reviewed the case and is currently continuing to review certain documents with Mr. Elijah Shelton. Following discussion, it has become apparent that additional time is necessary.

4. Additionally, there has been discussions between the defense and the government regarding a potential plea agreement regarding Mr. Elijah Shelton.

5. Thus, good cause exists to continue the Revocation Hearing currently scheduled on June 13, 2025, to be vacated, and continued to a date and time convenient to the Court, but no sooner than sixty (60) days to allow the full review.

Respectfully submitted by both parties:

CHRISTOPHER R. ORAM, ESQ.
*/s/ Christopher R. Oram*
*Attorney for Elijah Shelton*

JAMES GAETA
*/s/ James Gaeta*
*Assistant United States Attorney*

SIGAL CHATTAH
*United States Attorney*

## ORDER

Based on the parties stipulation, and good cause showing, the Revocation Hearing scheduled for June 13, 2025, at 11:00 a.m. is vacated and continued to 8/292025, at 1:00 PM, before U.S. District Judge Anne R. Traum.

DATED: May 27th, 2025.

_____
UNITED STATES DISTRICT JUDGE

2