UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00025-ART-NJK |
| Plaintiff, | **ORDER TO CONTINUE REVOCATION HEARING** |
| v. | |
| ELIJAH SYLEE SHELTON, | |
| Defendant. | |

ORDER

IT IS ORDERED that the revocation hearing currently scheduled for August 29, 2025, be vacated and continued to November 7, 2025, at the hour of 1:00 p.m., before U.S. District Judge Anne R. Traum in a Las Vegas courtroom to be determined.

DATED this 13th day of August, 2025.

_____
HONORABLE ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1