# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ELIJAH SHELTON,<br><br>　　　　　Defendant. | CASE NO.: 2:23-cr-00025-ART-NJK<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO**<br>**CONTINUE REVOCATION**<br>**HEARING** |

COMES NOW, the Defendant, ELIJAH SHELTON, by and through his attorney, CHRISTOPHER R. ORAM ESQ., of the Law Office of Christopher R. Oram, Esq; and the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Todd Blanche Deputy Attorney General of the United States, and JAMES GAETA, ASSISTANT UNITED STATES ATTORNEY; hereby stipulate and agree that the Revocation Hearing currently set for January 16, 2026, at 11:00 AM be vacated and continued to a date and time convenient to the Court, but no sooner than March 2, 2026.

The parties enter this stipulation for the following reasons:

1. Good cause exists to continue the Revocation Hearing from the date of January 16, 2026, to a date and time convenient to the Court but no sooner than March 2, 2026.

2. The Defendant is detained and does not object to the continuance. Additionally, both parties agree to the continuance.

1  3. On October 8, 2025, Mr. Elijah Shelton was found guilty on all counts of Possession
2  with intent to distribute a controlled substance in case No. 2:24-cr-00001-APG-BNW.

3  4. The Honorable Court Ordered that the sentencing for Mr. Shelton be set for February
4  16, 2026, in case No. No. 2:24-cr-00001-APG-BNW.

5  5. On January 12, 2026, the undersigned contacted James Gaeta, Assistant United States
6  Attorney, and requested a stipulation, and Mr. James Gaeta had no objection.

7  6. Additional time is requested as defense counsel is requesting to have the revocation
8  sentence hearing be held after the sentencing hearing has been held.

9  7. The additional time requested herein is not sought for purposes of delay, but for good
10  cause.

11  8. Thus, good cause exists to continue the Revocation hearing currently set for January
12  16, 2026, to be vacated, and continued to a date and time convenient to the Court.

Respectfully submitted by both parties:

CHRISTOPHER R. ORAM, ESQ.
*/s/ Christopher R. Oram*
*Attorney for Elijah Shelton*

JAMES GAETA
*/s/ James Gaeta*
*Assistant United States Attorney*

TODD BLANCHE
Deputy Attorney General of the United States

**ORDER**

IT IS ORDERED that the Revocation hearing currently scheduled for January 16, 2026, be vacated and continued to Thursday, March 5, 2026, at 11:00 a.m., before U.S. District Judge Anne R. Traum in a Las Vegas courtroom to be determined.

DATED this 14th day of January, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE